ACCEPTED
06-15-00161-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/23/2015 3:49:20 PM
DEBBIE AUTREY
CLERK

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/23/2015 3:49:20 PM
DEBBIE AUTREY
Clerk

SHANNEY VELWOOD,
      Appellant

v.                    No. 06-15-00161-CR

THE STATE OF TEXAS,
      Appellee

## THIRD MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Appellant Shanney Velwood, by and through her undersigned counsel, and pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, respectfully moves for a third extension of time to file her brief in this cause. In support, Appellant submits the following:

### I

After a jury trial, Appellant was convicted on May 20, 2015 in Cause No. 42474, 424th Judicial District Court, Burnet County, Texas of the offense of possession of a controlled substance. After she was sentenced, she filed a timely motion for new trial that was subsequently overruled by operation of law. Thereafter, on August 10, 2015, she filed timely notice of appeal.

### II

After the Clerk's Record and the Court Reporter's Record had been filed, this

Court set the deadline for Appellant's Brief, which was due to be filed on or before November 12, 5015. This Court, however, granted a motion for extension of time until December 14, 2015 based on the illness of undersigned counsel. Subsequently, the Court granted a second extension until December 21, 2015.

## III

Undersigned counsel has completed reading the record and doing the legal research for Appellant's brief. Counsel has diabetes, however, and started to suffer from severe leg pain this past weekend. Counsel has a doctor's appointment on Tuesday, December 29, 2015 to determine whether an increased dose of gabapentin will help, or whether there is another option. In the meantime, counsel has not been able to concentrate for the protracted periods of time necessary for an adequate brief.

## IV

This is Appellant's third motion for extension of time. The second extension, however, was only for seven days. Counsel has been informed of the court's policy as far as extensions, and respects the rationale for it. Counsel is embarrassed that his health problems—and his brother's illness-- have caused him to delay submitting the brief, and can only beg the Court's indulgence. Accordingly, Appellant asks for one final extension, until January 13, 2015, to file the brief.

Respectfully submitted,

/s/ Terrence W. Kirk
Terrence W. Kirk
State Bar No. 11513500
1504 West Avenue
Austin, Texas 78701
(512) 236-8511
(512) 474-8252 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was emailed to Mr. Gary W. Bunyard, Assistant District Attorney, at g.bunyard@co.llano.tx.us, on this the 23rd Day of December, 2015.

/s/ Terrence W. Kirk